■ In the Matter of KEVIN R. TAYLOR, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DIS-

TRICT, Petitioner. [17 NYS3d 370]—Order of interim suspension entered. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Sept. 16, 2015.)